STATE OF WISCONSIN    CIRCUIT COURT    OUTAGAMIE COUNTY

RYAN and ABBY GRAFF,

        Plaintiffs,

        Case No.:    2022-CV-0891
-vs-    Case Code:    30303

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

## NOTICE OF REMOVAL

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WISCONSIN

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes the action captioned *Ryan & Abby Graff v. State Farm Fire & Casualty Company*, pending as Case No. 2023-CV-0891 in the Circuit Court of Outagamie County, Wisconsin ("the State Court Action") to the United States District Court for the Eastern District of Wisconsin and hereby states the following grounds for removal:

1.    On August 31, 2023, Plaintiffs Ryan Graff and Abby Graff ("Plaintiffs") commenced the State Court Action. The Complaint asserts claims against State Farm for Breach of Contract, Bad Faith, and Statutory Interest. A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

2.    State Farm, through its registered agent, received the Summons and Complaint in the State Court Action on September 6, 2023. Thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 based on the following:

   a. In the Complaint, Plaintiffs allege that State Farm breached its contract with Plaintiffs and that Plaintiffs have been damaged and will continue to suffer damages "[a]s a direct and proximate result of" State Farm's alleged breach. (Compl. at ¶ 20.)

   b. In the Complaint, Plaintiffs allege that State Farm breached the implied covenant of good faith and fair dealing and has committed bad faith, and they seek compensatory and punitive damages from State Farm (*Id.* ¶¶ 21-27.)

4. According to the Complaint, Plaintiffs are individuals and residents of the State of Wisconsin. (*Id.* ¶¶ 1-2.)

5. State Farm is a foreign insurance company that maintains its principal place of business in Bloomington, Illinois. (*Id.* at ¶ 3.)

6. No party in interest properly joined and served as defendant is a citizen of Wisconsin. Accordingly, this action may be removed from state court pursuant to 28 U.S.C. §1441(b).

7. Under 28 U.S.C. § 1441(a), the State Court Action may be removed to the United States District Court for the Eastern District of Wisconsin, Green Bay Division, because it is the United States District Court for the district and division embracing the place where the State Court Action is pending.

8. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Outagamie County, Wisconsin and is being served on counsel for Plaintiffs. See U.S.C. § 1446 (a) and (d). The Circuit Court of Outagamie County, Wisconsin, is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal to be filed in the State Court Action is attached hereto as **Exhibit B**.

9. State Farm submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief may be granted.

10. State Farm reserves the right to amend or supplement this Notice.

WHEREFORE, Defendant State Farm Fire and Casualty Company hereby removes the State Court Action to this Court.

Dated this 6th day of October 2023.

                                          MEISSNER TIERNEY FISHER & NICHOLS S.C.

                                          By: /s/Mark D. Malloy
                                               Mark D. Malloy
                                               State Bar No: 1035066
                                               mdm@mtfn.com
                                               **Attorneys for Defendant,**
                                               **State Farm Fire and Casualty Company**

**Mailing Address**:
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI  53202
Phone: 414-273-1300
Fax: 414-273-5840